# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| HOWARD JACKSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF MINNESOTA, et al.,<br><br>　　　　　Defendants. | Civil No. 19-1864 (JRT/BRT)<br><br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

　　　　Howard G. Jackson, 153 Emerson Ave East, #204, West St. Paul, MN 55118, *pro se* plaintiff.

　　　　Magistrate Judge Becky R. Thorson filed a Report and Recommendation on September 13, 2019 (Docket No. 5). No objections have been filed to that Report and Recommendation in the time period permitted.

　　　　Based on the Report and Recommendation of the Magistrate Judge, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

　　　　1.　　This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C § 1915(e)(2)(B).

　　　　2.　　The application to proceed *in forma pauperis* of Plaintiff Howard G. Jackson (Docket No. 2) is **DENIED**.

　　　　3.　　Jackson's motion to amend defendants (Docket No. 3) is **DENIED**.

　　　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 7, 2019　　　　　　　　　　　　　s/John R. Tunheim

at Minneapolis, Minnesota

JOHN R. TUNHEIM
Chief Judge
United States District Court